**Wameedh AL AZZAWI, Plaintiff-Appellant,**

v.

**KELLOGG BROWN & ROOT SERVICES, INC., Defendant-Appellee.**

No. 16-16114

United States Court of Appeals, Ninth Circuit.

Submitted May 24, 2017 *

Filed June 26, 2017

Wameedh Al Azzawi, Pro Se

Tracy O. Zinsou, William Douglas Sprague, Attorneys, Covington & Burling, LLP, San Francisco, CA, for Defendant-Appellee

Before: THOMAS, Chief Judge, and SILVERMAN and RAWLINSON, Circuit Judges.

MEMORANDUM **

Wameedh Al Azzawi appeals pro se from the district court's judgment dismissing his action for lack of standing. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Braunstein v. Ariz. Dep't of Transp.*, 683 F.3d 1177, 1184 (9th Cir. 2012), and we affirm.

The district court properly dismissed Al Azzawi's action because Al Azzawi failed to

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

satisfy the requirements for constitutional standing or third party standing. *See id.* at 1184-85 (setting forth constitutional standing requirements); *Coalition of Clergy, Lawyers, & Professors v. Bush,* 310 F.3d 1153, 1163 (9th Cir. 2002) (setting forth third-party standing requirements).

We do not consider matters not specifically and distinctly raised and argued in the opening brief, or arguments and allegations raised for the first time on appeal. *See Padgett v. Wright,* 587 F.3d 983, 985 n.2 (9th Cir. 2009).

Al Azzawi's motions for sanctions (Docket Entry Nos. 22 and 24) are denied.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.